1

2

3

4                                  UNITED STATES DISTRICT COURT

5                                NORTHERN DISTRICT OF CALIFORNIA

6

7        NATIONSTAR MORTGAGE, LLC,                    Case No.  14-cv-02138-KAW

                      Plaintiff,
8
              v.                                      **ORDER TO SHOW CAUSE**
9
                                                      Re: Dkt. No. 1
         JEFFREY M. STOLTE,
10
                      Defendant.
11

12

13           Defendant Jeffrey M. Stolte removed this unlawful detainer action from Contra Costa

14    Superior Court on May 9, 2014.  (Notice of Removal, Dkt. No. 1.)  He proceeds *pro se*.  In the

15    notice of removal, Defendant states that this Court has diversity jurisdiction over this case.

16           District courts have jurisdiction over civil actions where there is complete diversity of

17    citizenship among the parties and the amount in controversy exceeds $75,000, exclusive of interest

18    and costs.  28 U.S.C. § 1332(a).  In the complaint, Plaintiff alleges that the amount in controversy

19    does not exceed $25,000.  Therefore, Defendant is ordered to show cause why this case should not

20    be remanded to Contra Costa County Superior Court for lack of federal jurisdiction.  Defendant

21    shall file a written response to this order to show cause within 14 days of this order.

22           **IT IS SO ORDERED.**

23    Dated:  08/05/2014

24                                                    _____

25                                                    KANDIS A. WESTMORE
                                                      United States Magistrate Judge
26

27

28