UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY M. STOLTE,<br><br>　　　　Defendant. | Case No.  14-cv-02138-JST<br><br>**ORDER SETTING DEADLINE FOR RESPONSES TO REPORT AND RECOMMENDATION**<br><br>Re: ECF No. 8 |

　　　　On August 27, 2014, this case was reassigned to Judge Tigar.  ECF No. 9.  This case had previously been assigned to Judge Westmore, who on August 26, 2014 issued a Report and Recommendation to Remand the Case to State Court.  ECF No. 8.  Judge Westmore granted the parties fourteen days to respond to that Report and Recommendation.  <u>Id.</u>

　　　　The Court hereby SETS September 11, 2014 as the deadline for parties to file responses to the Report and Recommendation.  This deadline supersedes the deadline in Judge Westmore's August 26 order.

　　　　**IT IS SO ORDERED.**

Dated:  August 28, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge